29818.   TARVIN *v.* DAVIS, trustee.

DECIDED MARCH 13, 1943.   REHEARING DENIED MARCH 30, 1943.

*Maddox & Griffin,* for plaintiff in error.

*Leon & Dean Covington, J. R. Smith,* contra.

STEPHENS, P. J.   John W. Davis, as trustee in bankruptcy of Miller Distributing Company, instituted suit against Howard Tarvin, to recover $2400 alleged to belong to that company, a partnership, before the adjudication in bankruptcy, and to have been wrongfully paid by one of the partners to the defendant in settlement of a gambling debt; and alleging that the defendant had illegally converted such sum to his own use and refused to pay it to the trustee on demand. A general demurrer to the petition was overruled, and the defendant excepted.

The allegations of the petition are similar to the allegations in *Brownlow* v. *Davis,* supra; and this case is controlled by the decision in that case.

*Judgment affirmed. Sutton and Felton, JJ., concur.*